IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NEW YORK
(Brooklyn Division)

| | |
|---|---|
| In Re: | * |
| | * |
| FANCHEST, INC. | * Case No. 20-43932-JMM |
| | * |
| | * Chapter 11 |
| | * |
| Debtor. | * |
| | * |
| | * |

## NOTICE OF APPEARANCE ON BEHALF OF BCW, LLC
## AND REQUEST FOR SERVICE OF NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 342(a), as well as Bankruptcy Rules 2002, 9007 and 9010, BCW, LLC t/a HZ requests that it be placed on the mailing matrix filed by the Debtor in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the addresses set forth below:

Kevin Tracy (Ktracy@mhlawyers.com)
McNamee Hosea et al.
888 Bestgate Road
Suite 402
Annapolis, MD 21401
410-266-9909

**PLEASE TAKE FURTHER NOTICE** that in accordance with Rule 9010(b), the foregoing request includes not only the notice and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights and obligations of the Debtor.



**McNamee Hosea**
888 Bestgate Road, Suite 402   O 410.266.9909
Annapolis, Maryland 21401   F 410.266.8425

mhlawyers.com

**Kathryn Beausoleil, Paralegal**                                          kbeausoleil@mhlawyers.com

January 11, 2021

**VIA Federal Express**
**7725 9354 2087**

United States Bankruptcy Court
Eastern District of New York
Conrad B. Buberstein U.S. Bankruptcy Courthouse
271 Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

    RE:   *In Re: Fanchest, Inc.*
           Case No. 20-43932-JMMM
           MH File No. 06575-0037

Dear Sir or Madam:

    Please find a "Notice of Appearance on Behalf of BCW, LLC and Request for Service of Notice and Papers" for filing in the above-referenced matter.

    Thank you for your assistance with this matter. Please contact me if you have any questions or need additional information.

                                                                  Very truly yours,

                                                                 Kathryn R. Beausoleil

Enclosure