UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In re:                                                                                          Case No: 20-43932-jmm

FANCHEST, INC.,                                                                    Chapter 11

                Debtor.[1]
_____

## AMENDED ORDER ON EMERGENCY MOTION FOR ORDER PURSUANT TO BANKRUPCY RULE 9019 APPROVING SETTLEMENT WITH <u>FOSDICK FULFILLMENT CORPORATION</u>

Upon the Motion dated January 5, ~~2020~~ **2021 (JMM)** (the "Motion")[2] of Fanchest, Inc., as debtor and debtor in possession (the "Debtor"), pursuant to Fed. R. Bankr. P. 9019, for an order approving the Settlement Agreement annexed to the Motion as Exhibit B; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and venue being proper before this Court pursuant 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtor and its estate and creditors; and the Court having reviewed the Motion and all responses; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Court retains jurisdiction with respect to all matters arising from or

---

[1] (Federal Tax Id. No. xx-xxx 3182).
2  Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.

Case 1-20-43932-jmm    Doc 66    Filed 01/29/21    Entered 02/01/21 09:30:45

related to the implementation of this Order; and it is further

**ORDERED** that this Order shall be effective and enforceable immediately upon entry and shall constitute a final order within the meaning of 28 U.S.C. § 158(a). To the extent applicable, Bankruptcy Rule 6004(h) is hereby waived.



Dated: Brooklyn, New York  
January 29, 2021

Jil Mazer-Marino  
**United States Bankruptcy Judge**