# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 2/1/2021 |
| Case: 1−20−43932−jmm | Form ID: pdf000 | Total: 77 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          BCW, LLC
9904825     Willkie Media Inc.

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov
tr          Eric Michael Huebscher, CPA        ehuebscher@huebscherconsulting.com
aty         Michael T Conway        michael.conway@offitkurman.com
aty         Norma E Ortiz        email@ortizandortiz.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Fanchest, Inc. | 155 Water Street  Brooklyn, NY 11201 |
| cr | Phoenix Growth Capital LLC | 35 E. Shady Lane  Houston, TX 77063 |
| aty | Kevin Tracy  McNamee Hosea | 888 Bestgate Road  Suite 402  Annapolis, MD 21401 |
| 9911587 | 201 East 79th Street  Suite 16 i | 201 East 79th Street, Suite 16i  New York, NY 10075 |
| 9904772 | 47 Brand, LLC  132 Campanelli Ind. Drive | Brockton, MA 02301 |
| 9923809 | AB TASTY INC  c/o Pramex International | 1251 Avenue of the Americas FL3  New York, NY 10020 |
| 9904773 | AB Tasty  408 Broadway | New York, NY 10013 |
| 9904774 | Awesome OS  Ayala Business Center | Matina Town Square  Gen. Douglas MacArthur Hw |
| 9928177 | BCW, LLC t/a HZ  c/o McNamee Hosea et al. | 888 Bestgate Road  Suite 402  Annapolis, MD 21401 |
| 9904775 | Babblebox  333 Beechspring Rd | South Orange, NJ 07079 |
| 9904776 | Baby Fanatic LLC  4301 Dominion Blvd. | Suite 130  Glen Allen, VA 23060 |
| 9904777 | Brooke Geller  27 Midwood Cross | Roslyn, NY 11576−2432 |
| 9904778 | C. Jackson Cowart  405 Howard St, Suite 200 | San Francisco, CA 94105 |
| 9906831 | Cross River Bank  885 Teaneck | Teaneck, NJ 07666 |
| 9904781 | DLS Worldwide  1000 Windham Parkway | Bolingbrook, IL 60490 |
| 9904779 | Dan Weinberg  100 Beekman Street | Apartment 10b  New York, NY 10038 |
| 9934158 | Daniel Weinberg  Apt 10B  100 Beekman St, Apt 10B | 100 Beekman St, Apt 10B  New York, NY 10038 |
| 9917617 | David M. Serepca  McMahon Serepca LLP | 2225 E. Bayshore Rd., Suite 200  Palo Alto, CA 94303 |
| 9904780 | Delaware Division of Reve  Carvel State Building | 820 N. French Street, 8th  Wilmington, DE 19801 |
| 9904782 | Dumac LLC  560 W Brown Rd #1020 | Mesa, AZ 85201 |
| 9909426 | EULER HERMES NA Agent for GREAT AMERICAN PRODUCTS | 800 Red Brook Blvd, #400C  Owings Mills, MD 21117 |
| 9904783 | Ebates Performance Mrktg  a/k/a Rakuten Rewards | 160 Spear St FL 19  San Francisco, CA 94105−1542 |
| 9904784 | FabFitFun, Inc.  360 N La Cienega Blvd | Fl 3 #B  Los Angeles, CA 90048−1950 |
| 9904785 | Facebook  1 Hacker Way | Menlo Park, CA 94025 |
| 9917618 | Facebook, Inc.  c/o David Serepca, McMahon Serepca LLP | 2225 E. Bayshore Rd., Suite 200  Palo Alto, CA 94303 |
| 9904787 | Fosdick Fulfillment Corp.  129 Worthington Ridge | Berlin, CT 06037 |
| 9904786 | Fosdick Fulfillment Corp.  26 Barnes Ind. Park N | Wallingford, CT 06492 |
| 9904788 | Frigon, Maher & Stern LLP  800 3rd Ave #2800 | New York, NY 10022 |
| 9904789 | Great American Products  1661 S Seguin Ave | New Braunfels, TX 78130 |
| 9904792 | HZDG a/k/a BCW, LLC  10101 Molecular Drive | Suite 300  Rockville, MD 20850 |
| 9904790 | Helix Digital Inc.  1317 Edgewater Dr. #1233 | Orlando, FL 32804 |
| 9904791 | Huledet  201 East 79th Street  Suite 16i | New York, NY 10075 |
| 9904793 | Internal Revenue Service  Centralized Insolvency Op | P.O. Box 7346  Philadelphia, PA 19101−7346 |
| 9904794 | James Waltz  4 Circle Drive  Rumson, NJ 07760 | |
| 9904795 | Jeffrey Lin  56 St. Marks Place | Apartment 7D  New York, NY 10003 |
| 9904796 | Listrak Inc.  100 W Millport Rd | Lititz, PA 17543 |
| 9904797 | LiveIntent, Inc.  222 Broadway Floor 22 | New York, NY 10038 |
| 9904798 | Malka Media Group LLC  75 Montgomery St | Jersey City, NJ 07302 |
| 9904799 | Michaelson Entertainment  36 Cabrillo Terrace | Aliso Viejo, CA 92656 |
| 9904800 | Misumaru Corporation  1229 Western St. #5 | Fairfield, CA 94533 |
| 9904801 | Molly Fulfillment & Packa  59 SW 12th Ave #106 | Dania, FL 33004 |
| 9904804 | NYS Dept. of Tax & Financ  POB 5300 | Bankruptcy Unit  Albany, NY 12205−0300 |
| 9904802 | Narvar, Inc.  50 Beale Street 7th Fl | San Francisco, CA 94105 |
| 9904803 | New Era Cap Co., Inc.  160 Delaware Ave | Buffalo, NY 14202 |
| 9908494 | New Era Cap Co., Inc.  PO Box 054 | Buffalo, NY 1420 |

| | | | |
|---|---|---|---|
| 9907991 | New York State Department of Taxation & Finance | Bankruptcy Section | P O Box 5300 | Albany New York 12205 |
| 9904805 | Outerstuff LLC | 1412 Broadway, 18th Floor | New York, NY 10018 |
| 9904806 | Palm Beach Autographs | 10300 Southside Blvd. | #207 | Jacksonville, FL 32256 |
| 9904807 | Palm Beach Autographs | 1203 Town Center Drive | #117 | Jupiter, FL 33458 |
| 9925442 | Palm Beach Autographs | 1315 Sonoma Ct | Palm Beach Gardens, FL 33410 |
| 9904808 | Pebblepost, Inc. | 400 Lafayette St., 2d FL | New York, NY 10003 |
| 9904809 | Phoenix Growth Capital LL | 35 East Shady Lane | Houston, TX 77063 |
| 9908826 | Phoenix Growth Capital, LLC | c/o ORTIZ & ORTIZ, L.L.P. | 35–10 Broadway, Suite 201 | Astoria, New York 11106 |
| 9904810 | Proxima Partners LLC | 30 N Gould St. | Suite R | Sheridan, WY 82801 |
| 9904811 | Refinery 29 Inc. | 225 Broadway, 23rd Floor | New York, NY 10007 |
| 9904812 | Rico Industries, Inc. | 8030 Solutions Center | Chicago, IL 60677–8000 |
| 9904813 | Ricoh Company, Ltd. | 300 Eagleview Boulevard | Exton, PA 19341 |
| 9916745 | Scratch/Cross River Bank | PO Box 411285 | San Francisco, CA 94141 |
| 9904814 | Shelly Lin | 275 Greenwich St | New York, NY 10007 |
| 9904815 | Spectrum Packaging Corp | 3640 Princeton Oaks St. | Orlando, FL 32808 |
| 9904816 | Steelhouse | 42 Greene St #200 | New York, NY 10013 |
| 9904817 | Stephen Gould Corporation | 35 South Jefferson Road | Whippany, NJ 07981 |
| 9904818 | Team Golf | 2221 Luna Rd. | Carrollton, TX 75006 |
| 9904819 | The Highland Mint | 4100 N Riverside Dr | Satellite Beach, FL 32937 |
| 9904820 | The Northwest Group, LLC | 49 Bryant Ave | Roslyn, NY 11576 |
| 9904821 | Thomas S. Luby, Esq. | Luby Olson, P.C. | 405 Broad Street | Meriden, CT 06450 |
| 9904822 | Top of the World, LLC | 2801 Technology Place | Norman, OK 73071 |
| 9904823 | Unicorr Packaging Group | 455 Sackett Point Rd | North Haven, CT 06473 |
| 9904824 | Wei–Li Tjong and Karin We | Tjong & Hsia LLP | 45 Rockefeller Plaza, 20t | New York, NY 10111 |
| 9904826 | Wincraft, Inc. | 960 East Mark Street | P.O. Box 888 | Winona, MN 55987–0888 |
| 9904827 | Yotpo, Inc. | 400 Lafayette St | New York, NY 10003 |

TOTAL: 71