**Fanchest, Inc.**
**Plan - Exhibit 2**

Current Inventory
Approximate Retail Value  $ 2,508,647

Total Items  132,034
Avg Retail Per Item  $ 19.00

| Parameter/Date | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|
| Sales | 975.00 | 3900.00 | 4875.00 | 7800.00 | 14625.00 | 19500.00 | 34125.00 | 43875.00 | 58500.00 |
| Units (Per Unit Price $19.50) | 50 | 200 | 250 | 400 | 750 | 1000 | 1750 | 2250 | 3000 |
| Total Units Sold Per Plan | 50 | 250 | 500 | 900 | 1650 | 2650 | 4400 | 6650 | 9650 |
| Refunds (Historical Average 6%) | 3 | 12 | 15 | 24 | 45 | 60 | 105 | 135 | 180 |
| Discounts (7%) | -68.25 | -273.00 | -341.25 | -546.00 | -1023.75 | -1365.00 | -2388.75 | -3071.25 | -4095.00 |
| Advertising cost (2%) | -19.50 | -78.00 | -97.50 | -156.00 | -292.50 | -390.00 | -682.50 | -877.50 | -1170.00 |
| Shipping (to Amazon) ($0.50) | -250 | -250 | -250 | -250 | -500 | -500 | -1000 | -1000 | -1500 |
| Units Shipped | 500 | 500 | 500 | 500 | 1000 | 1000 | 2000 | 2000 | 3000 |
| Total Units Shipped/Plan | 500 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 | 11000 |
| Net Units at Amazon | 500 | 950 | 1250 | 1500 | 2100 | 2350 | 3350 | 3600 | 4350 |
| Refund cost | -67 | -269 | -336 | -538 | -1009 | -1346 | -2355 | -3027 | -4037 |
| Reimbursed Amount | -59 | -234 | -293 | -468 | -878 | -1170 | -2048 | -2633 | -3510 |
| Refunded Referral Fee | -9 | -35 | -44 | -70 | -132 | -176 | -307 | -395 | -527 |
| Amazon Fees | -446 | -1510 | -1884 | -2923 | -5350 | -7062 | -12227 | -15618 | -20752 |
| Referral Fee (15%) | -136 | -544 | -680 | -1088 | -2040 | -2720 | -4760 | -6121 | -8161 |
| FBA per unit fulfilment Fee (Customer Shipping $4) | -200 | -800 | -1000 | -1600 | -3000 | -4000 | -7000 | -9000 | -12000 |
| FBA storage Fee (Cost/Cubic Feet $0.75) | -63 | -119 | -156 | -188 | -263 | -294 | -419 | -450 | -544 |
| Subscription | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 |
| Estimated Payout | 374 | 1770 | 2216 | 3637 | 6949 | 9338 | 16472 | 21281 | 28446 |
| Cost of Goods | -145 | -214 | -36 | -43 | -628 | -39 | -45 | -76 | -28 |
| Cost of Goods Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lost/damaged by Amazon | -111 | -37 | 0 | -9 | -598 | 0 | -15 | -19 | 0 |
| Multi-channel | -35 | -177 | -36 | -34 | -30 | -39 | -30 | -57 | -28 |
| Missing Returns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Profit | 229 | 1556 | 2180 | 3594 | 6321 | 9299 | 16427 | 21205 | 28419 |
| Expenses | -18142 | -14862 | -14832 | -14802 | -14742 | -14682 | -14562 | -14442 | -14262 |
| Insurance | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 |
| Accounting | -3750 | -500 | -500 | -500 | -500 | -500 | -500 | -500 | -500 |
| Payroll | -5000 | -5000 | -5000 | -5000 | -5000 | -5000 | -5000 | -5000 | -5000 |
| Storage and Prep Warehouse (Cost Per Item 0.06) | -7892 | -7862 | -7832 | -7802 | -7742 | -7682 | -7562 | -7442 | -7262 |
| Rent | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 |
| Office Expense | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 |
| Net Profit | -17913 | -13306 | -12652 | -11208 | -8421 | -5383 | 1865 | 6763 | 14157 |

|  | SALES | NET PROFIT |
|---|---|---|
| Year 1 | $ 305,175.00 | $ (45,370.80) |
| Year 2 | $ 799,500.00 | $ 170,238.19 |
| Year 3 | $ 1,462,500.00 | $ 478,220.54 |
| TOTAL | $ 2,567,175.00 | $ 603,087.93 |

Class 1 and 2 Claims (as filed):  $ 642,000.00
Disposable Income*:  $ (38,912.07)

* For every dollar the Class 2 claim is reduced, this amount increases. The Debtor believes the Class 2 claim, currently in the amount of $642,000, is going to be allowed in an amouant for less than as filed.

| | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Parameter/Date | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 |
| 11 | Sales | 29250.00 | 39000.00 | 48750.00 | 48750.00 | 48750.00 | 48750.00 | 48750.00 | 58500.00 | 58500.00 | 68250.00 | 87750.00 | 97500.00 | 68250.00 |
| 12 | Units | 1500 | 2000 | 2500 | 2500 | 2500 | 2500 | 2500 | 3000 | 3000 | 3500 | 4500 | 5000 | 3500 |
| 13 | Total Units Sold Per Plan | 11150 | 13150 | 15650 | 18150 | 20650 | 23150 | 25650 | 28650 | 31650 | 35150 | 39650 | 44650 | 48150 |
| 14 | Refunds | 90 | 120 | 150 | 150 | 150 | 150 | 150 | 180 | 180 | 210 | 270 | 300 | 210 |
| 15 | Discounts | -2047.50 | -2730.00 | -3412.50 | -3412.50 | -3412.50 | -3412.50 | -3412.50 | -4095.00 | -4095.00 | -4777.50 | -6142.50 | -6825.00 | -4777.50 |
| 16 | Advertising cost | -585.00 | -780.00 | -975.00 | -975.00 | -975.00 | -975.00 | -975.00 | -1170.00 | -1170.00 | -1365.00 | -1755.00 | -1950.00 | -1365.00 |
| 17 | Shipping (to Amazon) | -1500 | -1500 | -1500 | -1500 | -1500 | -1500 | -1000 | -1500 | -1500 | -1500 | -1500 | -1500 | -2000 |
| 18 | Units Shipped | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 2000 | 3000 | 3000 | 3000 | 3000 | 3000 | 4000 |
| 19 | Total Units Shipped/Plan | 14000 | 17000 | 20000 | 23000 | 26000 | 29000 | 31000 | 34000 | 37000 | 40000 | 43000 | 46000 | 50000 |
| 20 | Net Units at Amazon | 4350 | 5850 | 6850 | 7350 | 7850 | 8350 | 7850 | 8350 | 8350 | 8350 | 7850 | 6350 | 5350 |
| 21 | Refund cost | -2018 | -2691 | -3364 | -3364 | -3364 | -3364 | -3364 | -4037 | -4037 | -4709 | -6055 | -6728 | -4709 |
| 22 | Reimbursed Amount | -1755 | -2340 | -2925 | -2925 | -2925 | -2925 | -2925 | -3510 | -3510 | -4095 | -5265 | -5850 | -4095 |
| 23 | Refunded Referral Fee | -263 | -351 | -439 | -439 | -439 | -439 | -439 | -527 | -527 | -614 | -790 | -878 | -614 |
| 24 | Amazon Fees | -10672 | -14219 | -17704 | -17767 | -17829 | -17892 | -17829 | -21252 | -21252 | -24612 | -31270 | -34443 | -24237 |
| 25 | Referral Fee | -4080 | -5441 | -6801 | -6801 | -6801 | -6801 | -6801 | -8161 | -8161 | -9521 | -12241 | -13601 | -9521 |
| 26 | FBA per unit fulfilment Fee | -6000 | -8000 | -10000 | -10000 | -10000 | -10000 | -10000 | -12000 | -12000 | -14000 | -18000 | -20000 | -14000 |
| 27 | FBA storage Fee | -544 | -731 | -856 | -919 | -981 | -1044 | -981 | -1044 | -1044 | -1044 | -981 | -794 | -669 |
| 28 | Subscription | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 |
| 29 | Estimated Payout | 13928 | 18580 | 23294 | 23232 | 23169 | 23107 | 23169 | 27946 | 27946 | 32786 | 42528 | 47555 | 33161 |
| 30 | Cost of Goods | -44 | -16 | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 |
| 31 | Cost of Goods Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 | Lost/damaged by Amazon | -9 | -12 | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 |
| 33 | Multi-channel | -35 | -5 | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 |
| 34 | Missing Returns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 35 | Gross Profit | 13884 | 18564 | 23235 | 23173 | 23110 | 23048 | 23110 | 27887 | 27887 | 32727 | 42469 | 47496 | 33102 |
| 36 | Expenses | -14082 | -18902 | -21972 | -18542 | -18362 | -18182 | -18062 | -17882 | -17702 | -17522 | -17342 | -17162 | -16922 |
| 37 | Insurance | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 |
| 38 | Accounting | -500 | -500 | -3750 | -500 | -500 | -500 | -500 | -500 | -500 | -500 | -500 | -500 | -500 |
| 39 | Payroll | -5000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 | -10000 |
| 40 | Storage and Prep Warehouse | -7082 | -6902 | -6722 | -6542 | -6362 | -6182 | -6062 | -5882 | -5702 | -5522 | -5342 | -5162 | -4922 |
| 41 | Rent | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 |
| 42 | Office Expense | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 |
| 43 | Net Profit/Disposable Income | -199 | -338 | 1263 | 4631 | 4748 | 4866 | 5048 | 10005 | 10185 | 15205 | 25127 | 30334 | 16180 |

| Parameter/Date | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 78000.00 | 87750.00 | 97500.00 | 97500.00 | 107250.00 | 117000.00 | 117000.00 | 126750.00 | 136500.00 | 146250.00 | 146250.00 | 97500.00 | 117000.00 |
| Units | 4000 | 4500 | 5000 | 5000 | 5500 | 6000 | 6000 | 6500 | 7000 | 7500 | 7500 | 5000 | 6000 |
| Total Units Sold Per Plan | 52150 | 56650 | 61650 | 66650 | 72150 | 78150 | 84150 | 90650 | 97650 | 105150 | 112650 | 117650 | 123650 |
| Refunds | 240 | 270 | 300 | 300 | 330 | 360 | 360 | 390 | 420 | 450 | 450 | 300 | 360 |
| Discounts | -5460.00 | -6142.50 | -6825.00 | -6825.00 | -7507.50 | -8190.00 | -8190.00 | -8872.50 | -9555.00 | -10237.50 | -10237.50 | -6825.00 | -8190.00 |
| Advertising cost | -1560.00 | -1755.00 | -1950.00 | -1950.00 | -2145.00 | -2340.00 | -2340.00 | -2535.00 | -2730.00 | -2925.00 | -2925.00 | -1950.00 | -2340.00 |
| Shipping (to Amazon) | -2000 | -2500 | -3000 | -3000 | -3500 | -4000 | -4000 | -4500 | -4500 | -5000 | -5000 | -5001 | -5001 |
|   Units Shipped | 4000 | 5000 | 6000 | 6000 | 7000 | 8000 | 8000 | 9000 | 9000 | 10000 | 10000 | 10001 | 10002 |
|   Total Units Shipped/Plan | 54000 | 59000 | 65000 | 71000 | 78000 | 86000 | 94000 | 103000 | 112000 | 122000 | 132000 | 142001 | 152003 |
|   Net Units at Amazon | 5850 | 6850 | 8350 | 9350 | 11350 | 13850 | 15850 | 18850 | 21350 | 24350 | 26850 | 29351 | 34353 |
| Refund cost | -5382 | -6055 | -6728 | -6728 | -7400 | -8073 | -8073 | -8746 | -9419 | -10091 | -10091 | -6728 | -8073 |
|   Reimbursed Amount | -4680 | -5265 | -5850 | -5850 | -6435 | -7020 | -7020 | -7605 | -8190 | -8775 | -8775 | -5850 | -7020 |
|   Refunded Referral Fee | -702 | -790 | -878 | -878 | -965 | -1053 | -1053 | -1141 | -1229 | -1316 | -1316 | -878 | -1053 |
| Amazon Fees | -27660 | -31145 | -34693 | -34818 | -38428 | -42100 | -42350 | -46085 | -49758 | -53493 | -53806 | -37317 | -44661 |
|   Referral Fee | -10881 | -12241 | -13601 | -13601 | -14961 | -16322 | -16322 | -17682 | -19042 | -20402 | -20402 | -13601 | -16322 |
|   FBA per unit fulfilment Fee | -16000 | -18000 | -20000 | -20000 | -22000 | -24000 | -24000 | -26000 | -28000 | -30000 | -30000 | -20000 | -24000 |
|   FBA storage Fee | -731 | -856 | -1044 | -1169 | -1419 | -1731 | -1981 | -2356 | -2669 | -3044 | -3356 | -3669 | -4294 |
|   Subscription | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -48 | -47 | -46 |
| Estimated Payout | 37938 | 42653 | 47305 | 47180 | 51770 | 56297 | 56047 | 60511 | 65038 | 69503 | 69191 | 44681 | 53736 |
| Cost of Goods | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 | -59 |
|   Cost of Goods Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
|   Lost/damaged by Amazon | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 | -41 |
|   Multi-channel | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 | -19 |
|   Missing Returns | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Profit | 37879 | 42594 | 47246 | 47121 | 51711 | 56238 | 55988 | 60452 | 64979 | 69444 | 69132 | 44622 | 53677 |
| Expenses | -20182 | -16382 | -16022 | -20662 | -20242 | -19762 | -19282 | -18742 | -18202 | -17602 | -17002 | -16402 | -15802 |
|   Insurance | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 | -400 |
|   Accounting | -4000 | -500 | -500 | -500 | -500 | -500 | -500 | -500 | -500 | -500 | -500 | -500 | -500 |
|   Payroll | -10000 | -10000 | -10000 | -15000 | -15000 | -15000 | -15000 | -15000 | -15000 | -15000 | -15000 | -15000 | -15000 |
|   Storage and Prep Warehouse | -4682 | -4382 | -4022 | -3662 | -3242 | -2762 | -2282 | -1742 | -1202 | -602 | -2 | 598 | 1198 |
|   Rent | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 | -1000 |
|   Office Expense | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 | -100 |
| Net Profit/Disposable Income | 17697 | 26212 | 31224 | 26459 | 31468 | 36476 | 36706 | 41710 | 46777 | 51842 | 52129 | 28220 | 37875 |

|    | AP | AQ | AR |
|----|---|---|---|
| 10 | Parameter/Date | Mar-24 | Total |
| 11 | Sales | 156000.00 | 2196675 |
| 12 | Units | 8000 | 112650 |
| 13 | Total Units Sold Per Plan | 131650 | 112650 |
| 14 | Refunds | 480 | 6759 |
| 15 | Discounts | -10920.00 | -153767 |
| 16 | Advertising cost | -3120.00 | -43934 |
| 17 | Shipping (to Amazon) | -5002 | -66000 |
| 18 | Units Shipped | 10003 | 132000 |
| 19 | Total Units Shipped/Plan | 162006 | 132000 |
| 20 | Net Units at Amazon | 38356 | 26850 |
| 21 | Refund cost | -10764 | -151571 |
| 22 | Reimbursed Amount | -9360 | -131801 |
| 23 | Refunded Referral Fee | -1404 | -19770 |
| 24 | Amazon Fees | -58601 | -793088 |
| 25 | Referral Fee | -21762 | -306436 |
| 26 | FBA per unit fulfilment Fee | -32000 | -450600 |
| 27 | FBA storage Fee | -4795 | -34481 |
| 28 | Subscription | -45 | -1570 |
| 29 | Estimated Payout | 72595 | 1054316 |
| 30 | Cost of Goods | -59 | -2610 |
| 31 | Cost of Goods Sold | 0 | 0 |
| 32 | Lost/damaged by Amazon | -41 | -1700 |
| 33 | Multi-channel | -19 | -910 |
| 34 | Missing Returns | 0 | 0 |
| 35 | Gross Profit | 72536 | 1051706 |
| 36 | Expenses | -15202 | -572047 |
| 37 | Insurance | -400 | -13200 |
| 38 | Accounting | -500 | -26500 |
| 39 | Payroll | -15000 | -320000 |
| 40 | Storage and Prep Warehouse | 1798 | -176047 |
| 41 | Rent | -1000 | -33000 |
| 42 | Office Expense | -100 | -3300 |
| 43 | Net Profit/Disposable Income | 57334 | 479659 |