## Post-Confirmation Cap table by stakeholder

| Stock Type | Stakeholder Name | Shares Vested | Fully Diluted Shares | Fully Diluted Ownership |
|---|---|---:|---:|---:|
| Common | Daniel Weinberg | 126,000 | 126,000 | 0.70% |
| Common | Jeff Lin | 126,000 | 126,000 | 0.70% |
| Common | National NonProfit Corporation | 14,400,000 | 14,400,000 | 18.60% |
| Common | Proxima Partners LLC | 3,348,000 | 3,348,000 | 80.00% |
| Preferred | n/a | 0 | 0 | n/a |
| Options/Warrants | n/a | 0 | 0 | n/a |