UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                    Case No: 20-43932-jmm

FANCHEST, INC.,                           Chapter 11

           Debtor.[1]

---

### ORDER ON MOTION FOR ORDER PURSUANT TO BANKRUPCY RULE 9019 APPROVING SETTLEMENT WITH PHOENIX GROWTH CAPITAL, LLC

Upon the Motion **[ECF No. 126]** *(JMM)* dated May 25, 2021 (the "Motion")[2] of Fanchest, Inc. (the "Debtor"), pursuant to Fed. R. Bankr. P. 9019, for an order approving the Settlement Agreement annexed to the Motion as Exhibit B; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and venue being proper before this Court pursuant 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the relief requested in the Motion being in the best interests of the Debtor and its estate and creditors; and the Court having reviewed the Motion and all responses; **and a hearing having been held on the Motion on June 23, 2021; (JMM)** and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted therein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

    **ORDERED,** that the Motion is GRANTED and, consistent with the terms of the Settlement

---

[1] (Federal Tax Id. No. xx-xxx 3182).
[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.

1

Agreement, Phoenix Growth Capital, LLC shall have allowed claim in the amount of $598,000.00 and the Debtor shall, by the later of June 30, 2021, or three (3) business days from (i) the effective date of this Order; or (ii) upon the filing of an amended Proof of Claim 16 in the amount of $598,000.00, make payment in this amount to Phoenix Growth Capital, LLC; and it is further

**ORDERED,** that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order; and it is further

**ORDERED,** that this Order shall be effective and enforceable immediately upon entry and shall constitute a final order within the meaning of 28 U.S.C. § 158(a). To the extent applicable, Bankruptcy Rule 6004(h) is hereby waived.



**Dated: Brooklyn, New York**
**June 29, 2021**

_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**