OFFIT KURMAN, P.A.
Michael T. Conway, Esq.
590 Madison Avenue, Sixth Floor
New York, New York 10022
Telephone: (929) 476-0041
Facsimile: (212) 545-1656
Michael.Conway@OffitKurman.com

Counsel for Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In re: | Case No: 20-43932-jmm |
| FANCHEST, INC., | Chapter 11 |
| Debtor.[1] | |

_____

**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 1 OF NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3002 AND 3007**
---------------------------------------------------------------
**THIS OBJECTION SEEKS TO DISALLOW AND EXPUNGE YOUR CLAIM(S). YOU SHOULD CAREFULLY REVIEW THIS OBJECTION**
---------------------------------------------------------------

**PLEASE TAKE NOTICE** that Fanchest, Inc., as debtor and debtor in possession (the "Debtor") will move on August 18, 2021, at 11:30 a.m., or as soon thereafter as counsel may be heard, before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, at the United States Bankruptcy Court, U.S. Bankruptcy Court, Eastern District of N.Y., Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800, for entry of an order, pursuant to section 502(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rules 3002 and 3007 of the Federal Rules of Bankruptcy Procedure

---

[1] (Federal Tax Id. No. xx-xxx 3182).

(the "Bankruptcy Rules"), disallowing the proof of claim filed by New York State Department of Taxation & Finance ("NYSDTF" or the "Claimant") and subsequently assigned claim number 1 on the Court's claims register (the "Disputed Claim"), on the grounds set forth in the previously objection filed in this matter at Docket Number 125.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be made in writing, state with particularity the grounds therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Eastern District of New York, be filed electronically in text searchable portable document format (PDF) with the Court, and served upon undersigned counsel so as to be received no later than **4:00 p.m. (Prevailing Eastern Time) on August 11, 2021 (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that, unless objections are timely received and filed, the Motion may be granted without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time, without notice, other than by announcement of the adjourned date in open court or by posting such adjourned date on the Court's calendar on the aforementioned date.

Dated: June 30, 2021
      New York, New York

                      OFFIT KURMAN, P. A.

                      /s/ Michael T. Conway
                      Michael T. Conway
                      590 Madison Avenue, Sixth Floor
                      New York, New York 10022
                      Telephone: (929) 476-0041
                      Facsimile: (212) 545-1656
                      Michael.Conway@OffitKurman.com

                      Counsel for Debtor and Debtor in Possession