UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: | Case No. 20-43932-JMM
Fanchest, Inc.

Debtor

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Eric M. Huebscher, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. A plan was confirmed on April 16, 2021. No plan payments were made to the trustee. The Court deemed the plan substantially consummated, and pursuant to 11 U.S.C. 586(e)(5), on April 30, 2021 the Court ordered compensation of $21,176.00 be awarded to the trustee. Of this amount, the debtor has paid $13,603 to the trustee. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: August 3, 2021            By: _____
                                     Trustee
                                     Eric Huebscher

**UST Form 101-11(v)-NDR E**