UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In re:                                                                  Case No: 20-43932-jmm

FANCHEST, INC.,[1]                                              Chapter 11

               Debtor.
_____

**FINAL DECREE CLOSING THE DEBTOR'S**
**CHAPTER 11 CASE PURSUANT TO SECTION 350(a) OF**
**THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022**

Upon the motion (the "Motion") **[ECF No. 142] (JMM)**, of Fanchest, Inc., pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 for entry of a final decree closing the above-captioned chapter 11 case, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided and it appearing that no other or further notice need be provided; and no objections having been filed; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estates, its creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing for the relief requested; it is hereby

        **ORDERED**, that the relief requested in the Motion is granted; and it is further

        **ORDERED**, that pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule

---

[1] (Federal Tax Id. No. xx-xxx 3182).

3022 and Local Rule 3022-1, the above-captioned bankruptcy case is hereby closed effective as of the date hereof; provided, however, that the Court shall retain such jurisdiction as is provided in the Plan, and the entry of this Final Decree is without prejudice to the rights of the Debtor or any party in interest to seek to reopen this chapter 11 case for cause shown; and it is further

**ORDERED**, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Final Decree.



**Dated: Brooklyn, New York**
**September 21, 2021**

_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**